UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/20/2021
```

-------------------------------------------------------------------X
                              :

EMANUELE RIGANO, individually and on behalf of all  :
other persons similarly situated,                :
                              :

                Plaintiff,      :          21-cv-0724 (LJL)
                              :

          -v-                   :          <u>ORDER</u>
                              :

PICCOLA CUCINA GROUP, et al.,           :
                              :

                Defendants.    :
                              X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

        The parties are directed to appear telephonically for a settlement approval hearing on

**July 27, 2021 at 4:00 p.m.**  Plaintiff shall appear at the hearing and, if necessary, with an

interpreter.  The parties are directed to dial (888) 251-2909 and use the access code 2123101.

        SO ORDERED.

Dated: July 20, 2021
      New York, New York          _____
                                  LEWIS J. LIMAN
                           United States District Judge