UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EMANUELE RIGANO, MARLENE SEPULVEDA
LIDIA FOCACCI, BEATRICE CAROLINA
BRUSCOLI, and MARTINA CHARLTON,
Individually and on Behalf of All Other Persons
Similarly Situated,

           Plaintiffs,

  - against -

PICCOLA CUCINA GROUP, PICCOLA CUCINA
GROUP, INC., MGM THOMPSON LLC,
R&G SOHO LLC, R&G SPRING LLC,
M&G 60th STREET LLC, PHILIP GUARDIONE
and ALFIO SCRIVANO, Jointly and Severally

           Defendants.
-----------------------------------------------------------------x

21 CV 00724 (LJL)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1. IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Emanuele Rigano, Marlene Sepulveda, Lidia Focacci, Beatrice Carolina Bruscoli and Martina Charlton ("Plaintiffs"), and Defendants Piccola Cucina Group, Piccola Cucina Group, Inc., MGM Thompson LLC, R&G Soho LLC, R&G Spring LLC, M&G 60th Street LLC, Philip Guardione and Alfio Scrivano ("Defendants"), that all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement.

3. Each Party shall bear his/her/its own costs and attorneys' fees.

4. The Court, found on the record that the Settlement Agreement complies with *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) at a hearing held on July 27, 2021.

(Signatures on the following page).

-2-

Dated: August__, 2021

<table>
<tr><td>

**MANGAN GINSBERG LLP**

By:_____
Michael P. Mangan
80 Maiden Lane, Suite 304
New York, New York 10038
(212) 248-2170
*Attorneys for Plaintiffs*

</td><td>

**SMITH GAMBRELL & RUSSELL LLP**

By:_____
Daniel Goldstein
Smith Gambrell & Russell LLP
1301 Avenue of the Americas, 21st Fl.
New York, NY 10019
(646) 887-9521
*Attorneys for the Piccola Cucina Group, Piccola Cucina Group Inc., MGM Thompson LLC, R&G Soho LLC, R&G Spring LLC, M&G 60th Street LLC, and Philip Guardione*

**DEALY SILBERSTEIN & BRAVERMAN LLP**

By:_____
Maria Bianco
225 Broadway, Suite 1405
New York, NY 10007
(212) 385-0066
*Attorneys for Alfio Scrivano*

</td></tr>
</table>

SO ORDERED:

_____
Hon. Louis J. Liman

Date:   August 4, 2021
        New York, NY